UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

GARY D. WINFORD                                                          PLAINTIFF

v.                                  No. 2:22-cv-02010

COMMISSIONER,
SOCIAL SECURITY ADMINISTRATION                                          DEFENDANT

## ORDER

The Court has received a report and recommendation (Doc. 16) from United States Magistrate Judge Barry A. Bryant.  The Magistrate Judge recommends that the ALJ's decision denying benefits to Plaintiff be reversed and the matter be remanded to the Social Security Administration for further administrative action.  The parties had fourteen days to file objections to the report and recommendation, and neither party has filed objections.  After careful review, the Court finds that the report and recommendation is proper, contains no clear error, and is ADOPTED IN ITS ENTIRETY.

IT IS THEREFORE ORDERED that the decision of the Commissioner of the Social Security Administration to deny benefits to Plaintiff is REVERSED and this matter is REMANDED for further administrative action pursuant to sentence four of 42 U.S.C. § 405(g).

Judgment will entered be accordingly.

IT IS SO ORDERED this 2nd day of November, 2022.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE